IN THE SUPREME COURT OF TEXAS

 No. 04-0382

 IN RE LEVITON MANUFACTURING CO., INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed May 28, 2004, is
granted. All proceedings, in Cause No. 2002-CVQ-000528-D1, styled Jose
Luis Escobar, Jr., Gerardo Dominguez, Maria De Refugio Dominguez,
individually and on behalf of the Estate of Tommy Jay Escobar and Gerardo
Dominguez, Jr., Jesse Jaramillo and Brenda Jaramillo v. Wal Mart Stores,
Inc., Quik Rentals Inc., Pacific Electricord Company, Test-Rite Products
Corporation, and Leviton Manufacturing Company, Inc. and Kintron SDN BHD,
in the 49th District Court of Webb County, Texas, are stayed pending
further order of this Court.

 Done at the City of Austin, this June 01, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk